IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.J., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| | : | NO. 1:22-cv-02752-LMM |
| v. | : | |
| | : | |
| PACIFIC CAPITAL FUNDING, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY

This case comes before the Court on Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously. The Court finds that the privacy and safety interests of Plaintiff and witnesses identified or suspected of being victims of sex trafficking outweigh the public's interest in knowing those identities.

Therefore, Plaintiff's motion is GRANTED. The Court hereby ORDERS that all material, documents, pleadings, exhibits and evidence of any kind filed in this case shall refer to Plaintiff as A.J. with no other additional identifying information. The Court further ORDERS that all material, documents, pleadings, exhibits and evidence of any kind filed in this case shall refer to any witness identified by counsel for either party as a victim of sex trafficking or a suspected

victim of sex trafficking shall refer to those witnesses by pseudonymous initials only. Upon the entry of this Order, Plaintiff shall privately disclose her name to Defendants. Defendants shall also be able to conduct discovery using Plaintiff's or witnesses' names; however, for any documents that are publicly filed, the names of Plaintiff and all witnesses identified or suspected of being sex trafficking victims shall be redacted or referred to only by the appropriate pseudonymous initials.

    IT IS SO ORDERED THIS__3rd__ DAY OF___August_____, 2022.

_____
Judge Leigh Martin May, USDC
Northern District of Georgia

Prepared by:
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Attorneys for Plaintiff

**ANDERSEN, TATE, AND CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770)822-0900 | Telephone
(770) 822-9680 | Facsimile