IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J., | : |
| | : |
| Plaintiff, | : |
| | : |
| | :   CIVIL ACTION FILE NO. |
| v. | :   1:22-cv-02752-LMM |
| | : |
| PACIFIC CAPITAL | : |
| FUNDING, LLC, | : |
| | : |
| Defendants. | : |
| | : |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND ADD PARTIES

COMES NOW Plaintiff and hereby moves for leave to file her amended Complaint and add parties under Federal Rule of Civil Procedure 15(a)(2), as follows:

Plaintiff respectfully requests leave to amend her Complaint under Rule 15(a)(2) to add additional Defendants, Tajj Associates, LLC and Highland Hotel Group, LLC.

Along with this Motion, Plaintiff submits her Brief in Support of the Motion for Leave to Amend the Complaint and Add Parties and a Proposed Amended Complaint for the Court's review.

Respectfully submitted this 16th day of September, 2022.

1

                                      **ANDERSEN, TATE & CARR, P.C.**

                                      */s/ Patrick J. McDonough*
                                      Patrick J. McDonough
                                      Georgia Bar No. 489855
                                      pmcdonough@atclawfirm.com
                                      Jonathan S. Tonge
                                      Georgia Bar No. 303999
                                      jtonge@atclawfirm.com
                                      *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing Plaintiff's Motion for Leave to file Amended Complaint and Add Parties has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA.  Specifically, the above-mentioned was prepared using the Times New Roman font of 14 point size.

                                **ANDERSEN, TATE & CARR, P.C.**

                                ***/s/ Patrick J. McDonough***
                                Patrick J. McDonough
                                Georgia Bar No. 489855
                                pmcdonough@atclawfirm.com
                                Jonathan S. Tonge
                                Georgia Bar No. 303999
                                jtonge@atclawfirm.com
                                *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900

Facsimile: (770) 822-9680

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.J., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-02752-LMM |
| | : | |
| PACIFIC CAPITAL FUNDING, LLC, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**PLAINTIFF'S CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND ADD PARTIES with EXHIBIT A, MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND ADD PARTIES, and PROPOSED ORDER upon the opposing party via regular and certified mail, addressed as follows:

PACIFIC CAPITAL FUNDING, LLC
c/o Samir C. Patel, Registered Agent
1117 Perimeter Center West, Suite W311
Atlanta, Georgia 30338

Respectfully submitted this 16th day of September, 2022.

          **ANDERSEN, TATE & CARR, P.C.**

          ***/s/ Patrick J. McDonough***
          Patrick J. McDonough
          Georgia Bar No. 489855
          pmcdonough@atclawfirm.com
          Jonathan S. Tonge
          Georgia Bar No. 303999
          jtonge@atclawfirm.com
          *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680