IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:22-cv-02752-LMM |
| PACIFIC CAPITAL ) | |
| FUNDING, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND ADD PARTIES

This case comes before the Court on Plaintiff's Motion for Leave to File Amended Complaint and Add Parties. Plaintiff requests leave to file her First Amended Complaint attached to her motion as Exhibit A. The proposed amendment would add Tajj Associates, LLC and Highland Hotel Group, LLC as Defendants. At this time, Pacific Capital Funding, LLC, has not answered or otherwise responded to the Complaint, no scheduling order has been entered, and discovery has not commenced. The Court finds no substantial reason to deny the motion.

1

Accordingly, pursuant to Federal Rule of Civil Procedure 15(a)(2) and 20, the Court GRANTS the Motion. The proposed First Amended Complaint attached to the motion as Exhibit A is hereby deemed filed as of the date of the Motion.

SO ORDERED this 20th day of September, 2022.

_____
Honorable Leigh Martin May
District Judge, USDC
Northern District of Georgia

Prepared by:

Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com

ANDERSEN, TATE, AND CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile