IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.J., | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:22-cv-02752-LMM |
| v. | : | |
| PACIFIC CAPITAL FUNDING, LLC, *et al.*, | : | |
|     Defendants. | : | |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court. The Court has made no modifications. As to Defendants' request for a longer discovery period, the Court will consider a discovery extension if the parties are not able to complete discovery within the 4-month period.

**IT IS SO ORDERED** this 18th day of January, 2023.

_____
**Leigh Martin May**
**United States District Judge**