IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.J., | : | |
| | : | |
|    Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-02752-LMM |
| | : | |
| PACIFIC CAPITAL FUNDING, LLC; TAJJ ASSOCIATES, LLC; HIGHLAND HOTEL GROUP, LLC; and COBB REAL ESTATE SERVICES, LLC, | : : : : : | |
| | : | |
|    Defendants. | : | |
| | : | |

## NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

COMES NOW, Plaintiff A.J., by and through her counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses without prejudice the above-styled action against all Defendants that have not answered her Complaint, including Pacific Capital Funding, LLC, Tajj Associates, LLC, and Highland Hotel Group, LLC.

Respectfully submitted this 16th day of June, 2023.

1

                      **ANDERSEN, TATE & CARR, P.C.**

                      ***/s/ Jonathan S. Tonge***
                      Patrick J. McDonough
                      Georgia Bar No. 489855
                      pmcdonough@atclawfirm.com
                      Jonathan S. Tonge
                      Georgia Bar No. 303999
                      jtonge@atclawfirm.com
                      *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J., : <br> : <br> Plaintiff, : <br> : <br>                                  : <br> v.                      : <br> : <br> PACIFIC CAPITAL FUNDING, : <br> LLC; TAJJ ASSOCIATES, LLC; : <br> HIGHLAND HOTEL GROUP, : <br> LLC;  and COBB REAL ESTATE : <br> SERVICES, LLC, : <br> : <br> Defendants. : <br> : | CIVIL ACTION FILE NO. <br> 1:22-cv-02752-LMM |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing *Notice of Dismissal Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i)*, upon the opposing parties via regular and certified mail, addressed as follows:

<u>PACIFIC CAPITAL FUNDING, LLC</u>
c/o Samir C. Patel, Registered Agent
1117 Perimeter Center West, Suite W311
Atlanta, Georgia 30338

TAJJ ASSOCIATES, LLC
c/o Jayesh V. Patel, Registered Agent
7385 Hannover Parkway N.,
Stockbridge, Georgia 30281
<u>HIGHLAND HOTEL GROUP, LLC</u>
c/o Alpa Patel, Registered Agent

2191 Northwest Parkway
Marietta, Georgia 30067

c/o Mahendra Patel, Maanger of Highland Hotel Group
921 Checkered Way
Kennesaw, Georgia 30152
&
P.O. Box 2042
Kennesaw, Georgia 30156

c/o Manher Patel, Manager of Highland Hotel Group
2375 Airways Boulevard
Memphis, Tennessee 38114

COBB REAL ESTATE SERVICES, LLC
c/o Michael J. Rust, Esq. and Nicole C. Leet, Esq.
Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.
950 East Paces Ferry Road, N.E.
1700 Salesforce Tower Atlanta
Atlanta, Georgia 30326

Respectfully submitted this 16th day of June, 2023.

**ANDERSEN, TATE, & CARR, P.C.**

*/s/ Jonathan S. Tonge*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile