IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J., : <br> : <br> Plaintiff, : <br> : <br> v.      : <br> : <br> PACIFIC CAPITAL FUNDING, LLC, : <br> *et al.*, : <br> : <br> Defendants. : | CIVIL ACTION NO. <br> 1:22-cv-02752-LMM |

## **ORDER**

This case comes before the Court on Plaintiff's Notice of Dismissal. Dkt. No. [63]. The Court **APPROVES** the dismissal without prejudice of Defendants Pacific Capital Funding, LLC, Tajj Associates, LLC, and Highland Hotel Group, LLC. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 19th day of July, 2023.

_____
**Leigh Martin May**
**United States District Judge**